FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 1 6 2026

KEVIN P. WEIMER, Clerk
By_____Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

BRIANCA HARDEN,

Plaintiff,

v.

AMERICAN HEALTH REFORM SOLUTIONS, LLC,

d/b/a AMERICAN HEALTH MARKETPLACE,

Defendant.

Civil Action No. 1:25-CV-01642-TRJ-JEM

PLAINTIFF'S MOTION TO QUASH NON-PARTY MEDICAL SUBPOENAS

AND FOR PROTECTIVE ORDER

COMES NOW Plaintiff Brianca Harden, proceeding pro se, and respectfully moves this Court pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure to quash, or in the alternative limit, certain non-party subpoenas issued by Defendant seeking Plaintiff's confidential medical and counseling records.

1. Defendant has issued subpoenas to several non-party providers requesting broad categories of records described as "any and all records" relating to Plaintiff.

2. The subpoenas seek highly personal medical and counseling information that is not proportional to the needs of this employment-related dispute.

3. Plaintiff has not placed her entire medical history at issue in this action.

4. Federal law recognizes a psychotherapist-patient privilege protecting confidential counseling communications.

5. The scope of the subpoenas is overly broad and not narrowly tailored.

6. Plaintiff requests the Court quash the subpoenas or, alternatively, enter a Protective Order limiting discovery to relevant information within a reasonable time period.

7. Plaintiff further requests production be stayed pending resolution of this Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant the requested relief.

Respectfully submitted this ___ day of March, 2026.

Brianca Harden

Plaintiff Pro Se

300 Wynn Place Unit 818, Warner Robins, GA 31088

Phone: 470-449-4129

Email: brianca2427@gmail.com

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Motion to defense counsel at:

Greenberg Traurig LLP

3333 Piedmont Road NE, Suite 2500

Atlanta, GA 30305

and

Levine Frank PLLC

3837 NW Boca Raton Blvd., Suite 200

Boca Raton, FL 33431

This 12th day of March, 2026.

Brianca Harden

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

BRIANCA HARDEN,

Plaintiff,

v.

AMERICAN HEALTH REFORM SOLUTIONS, LLC,

d/b/a AMERICAN HEALTH MARKETPLACE,

Defendant.

Civil Action No. 1:25-CV-01642-TRJ-JEM

**PLAINTIFF'S EMERGENCY MOTION TO STAY COMPLIANCE WITH NON PARTY SUBPOENAS**

COMES NOW Plaintiff Brianca Harden, proceeding pro se, and respectfully moves this Court for an Order staying compliance with non party subpoenas pending ruling on Plaintiff's Motion to Quash.

1. Defendant issued subpoenas seeking confidential personal records.

2. Production is commanded on or before March 20, 2026.

3. Plaintiff has filed a Motion to Quash challenging scope and propriety.

4. Immediate disclosure would cause irreparable privacy harm.

5. A temporary stay preserves the status quo without undue prejudice.

WHEREFORE, Plaintiff respectfully requests the Court stay compliance pending ruling.

Respectfully submitted this 14th day of March, 2026.

Brianca Harden

Plaintiff Pro Se

300 Wynn Place Unit 818, Warner Robins, GA 31088

Phone: 470-449-4129

Email: brianca2427@gmail.com

CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Emergency Motion to defense counsel at:

Greenberg Traurig LLP

3333 Piedmont Road NE, Suite 2500

Atlanta, GA 30305

and

Levine Frank PLLC

3837 NW Boca Raton Blvd., Suite 200

Boca Raton, FL 33431

This 12th day of March, 2026.

Brianca Harden

Brianca Harder
300 Wynn Place Unit 818
Warner Robins Ga 31088



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 3105 3913 08




U.S. POSTAGE PAID
FCM LG ENV
WARNER ROBINS, GA 31088
MAR 12, 2026

UNITED STATES
POSTAL SERVICE®

RDC 99

30303

$7.20

S2322T501364-10

Retail

Clerk of Court
U.S. District Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, Ga 30303

CLEARED DATE
MAR 16 2026
U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE
MAR 16 2026
U.S. Marshals Service
Atlanta, GA 30303